STATE OF NEW JERSEY v. JAMES PERRY.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LEE THOMAS BAILEY.

September 20, 1976. Petition for certification denied.

JOHN SZALAJI v.
INTERNATIONAL SMELTING & REFINING CO.

September 20, 1976. Petition for certification denied.

KEM ASSOCIATES v. CELESTT PROPERTIES, INC.

September 20, 1976. Petition for certification denied.

WAYNE TERRACE APTS. v. TWP. OF WAYNE.

September 20, 1976. Petition for certification denied.

STACOR CORP. v. JULES H. BRENIN.

September 20, 1976. Petition for certification granted.